IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARROQUIN VICENTE ,                          *

        Petitioner,                          *

v.                                                     Case No.  4:26-v-880-CDL-AGH
                            *            28 U.S.C. § 2241
 Warden, STEWART DETENTION CENTER,
et al.,                                               *

        Defendant.                          *
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated July 10, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 10th day of July, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk